PROB 12C
(6/16)

Report Date: November 26, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Leroy Delbert White | Case Number: 0980 1:16CR02052-RMP-1 |
| Address of Offender: | Washington 98665 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 12, 2017

Original Offense:    Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 33 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: 09/12/2019 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: 09/11/2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: Mr. White is considered to be in violation of his conditions of supervision by failing to notify the probation officer of his change of residence since on or about November 15, 2019. |
| | On July 25, 2019, Mr. White's request to relocate to the Western District of Washington and reside with his grandmother, Mary White, at 900 NW 91st Street, Vancouver, Washington, upon his release from prison was approved. On September 12, 2019, Mr. White commenced his term of supervised release in the Western District of Washington. He met with U.S. Probation Officer (USPO) Peru where he reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release. |
| | On November 18, 2019, supervising USPO Peru was contacted by Ms. White advising her that Mr. White left her residence on November 15, 2019, and has not returned home since. She stated Mr. White left his belongings and has not returned for any items.  On November |

Prob12C
**Re: White, Leroy Delbert**
**November 26, 2019**
**Page 2**

20, 2019, USPO Peru personally went to the residence to confirm Mr. White had not returned. Ms. White confirmed that Mr. White was not home and had not returned. She believed Mr. White to have left for Eastern Washington.

2    **Special Condition # 17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. White is considered to be in violation of his conditions of supervision by failing to submit to urinalysis testing as directed on November 19, 2019.

On September 12, 2019, Mr. White commenced his term of supervised release in the Western District of Washington. He met with U.S. Probation Officer (USPO) Peru where he reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On September 16, 2019, Mr. White was placed in the Western District of Washington's urinalysis testing program. On November 19, 2019, Mr. White failed to appear for urinalysis testing as required.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 26, 2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

11/26/2019

Date