PROB 12C
(6/16)

Report Date: February 24, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leroy Delbert White       Case Number: 0980 1:16CR02052-RMP-1

Address of Offender:                                          Selah, Washington 98942

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 12, 2017

Original Offense:       Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:      Prison - 33 months         Type of Supervision: Supervised Release
(01/12/2017)            TSR - 36 months

Revocation Sentence:    Prison - 2 months 3 days
(12/11/2020)            TSR - 31 months

Asst. U.S. Attorney:    Richard Burson            Date Supervision Commenced: December 11, 2020

Defense Attorney:       Jennifer Barnes           Date Supervision Expires: July 10, 2023

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. White is considered to be in violation of his supervised release conditions by failing to undergo the recommended substance abuse inpatient treatment program at American Behavioral Health Systems (ABHS) on February 11, 2021. |
| | On December 14, 2020, Mr. White spoke with this officer upon his release from custody. Due to COVID-19 precautions, Mr. White reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release. |

Prob12C
**Re: White, Leroy Delbert**
**February 24, 2021**
**Page 2**

On February 5, 2021, this officer received a call from Wade Benge, a substance abuse disorder professional at Yakama Nation Tiinawit Program. Mr. Benge reported he obtained an inpatient bed date for Mr. White for February 11, 2021. However, he could not make contact with Mr. White and asked if this officer could provide the information to Mr. White. After multiple attempts to contact Mr. White, on February 9, 2021, this officer spoke with Mr. White and he was informed of his inpatient bed date at ABHS. Mr. White was instructed to report to the Washington State Department of Corrections' office in Yakima, Washington, on February 11, 2021, at 12 p.m. so he could be transported on the ABHS shuttle to his assigned inpatient treatment facility. Mr. White was instructed to sign release of information documents to allow this officer to verify his treatment status.

On February 16, 2021, this officer contacted ABHS and was unable to verify if Mr. White showed up to his scheduled bed date as there was no release of information in place to disclose any information with this officer.

On February 19, 2021, Mr. Benge contacted this officer and reported he verified with ABHS that Mr. White failed to show up at the facility on February 11, 2021, and was not a patient.

This officer made several attempts to contact Mr. White with no success. He has failed to contact this officer. Mr. White's current whereabouts is unknown.

2      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. White is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about January 22, 2021.

On December 14, 2020, Mr. White spoke with this officer upon his release from custody. Due to COVID-19 precautions, Mr. White reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release.

On January 22, 2021, Mr. White reported to Merit Resource Services (Merit) for urinalysis (UA) testing. Mr. White could not provide a urine sample. He admitted to the UA technician that he had consumed methamphetamine. Mr. White reviewed and signed an admission of use form admitting to ingesting methamphetamine.

3      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. White is considered to be in violation of his supervised release conditions by failing to report to Merit for UA testing on January 26, 2021, and on February 3, 2021.

Prob12C
**Re: White, Leroy Delbert**
**February 24, 2021**
Page 3

On December 14, 2020, Mr. White spoke with this officer upon his release from custody. Due to COVID-19 precautions, Mr. White reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release.

On January 27, 2021, Merit reported Mr. White failed to show up to random UA testing on January 26, 2021.

On February 4, 2021, Merit reported Mr. White failed to show up to random UA testing on February 3, 2021.

On February 9, 2021, Merit reported Mr. White failed to show up for random UA testing on February 8, 2021.

On February 24, 2021, Merit reported Mr. White failed to show up for random UA testing on February 23, 2021.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 24, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Roshana Malouf Peterson*

Signature of Judicial Officer

2/24/2021

Date